IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PENNY ALLISON and ZORAN HOCEVAR, individually and on behalf of a class of others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC, in its official and individual capacities, and JOHN DOES 1 — 100, in their official and individual capacities,

    Defendants.

CLASS ACTION

No. 2:08-cv-00467-JD

JURY TRIAL DEMANDED

FILED
MAY 3 0 2008
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### [PROPOSED] ORDER AND STIPULATION CONCERNING DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS CERTAIN COUNTS OF PLAINTIFFS' AMENDED COMPLAINT

WHEREAS, this action was commenced on January 30, 2008;

WHEREAS, Plaintiffs filed an Amended Complaint on March 28 (the "Amended Complaint") (Docket Entry No. 16);

WHEREAS, the Parties stipulated and agreed that Defendant The GEO Group Inc.'s time to answer or otherwise respond to the Amended Complaint was up to and including May 2, 2008 (*see* Docket Entry No. 21);

WHEREAS, on May 2, Defendant filed a Motion and accompanying Memorandum of Law requesting that the Court dismiss Counts IV (Battery), VI (Intentional Infliction of Emotional Distress), and VII (Negligent Infliction

of Emotional Distress) of the Amended Complaint only (the "Motion to Dismiss") (Docket Entry No. 24);

**WHEREAS**, counsel for the Parties have conferred, and have agreed that Plaintiffs will not oppose the Motion to Dismiss;

**WHEREAS**, counsel for the Parties have also conferred and agreed that, provided that the Court approves this Proposed Stipulation and Order, Defendant The GEO Group, Inc. shall file an Answer directed to the remaining allegations of the Amended Complaint within twenty (20) days of the date of this Court's Order:

**IT IS**, this \_\_\_30TH\_\_\_ day of \_\_\_MAY\_\_\_, 2008, **ORDERED** that Defendant The GEO Group, Inc.'s unopposed Motion to Dismiss directed to Counts IV, VI, and VII of the Amended Complaint is **GRANTED** and Counts IV, VI, and VII of the Amended Complaint are **DISMISSED** from this action **WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant The GEO Group, Inc. shall, within twenty (20) days of the entry of this Order, file an Answer directed to those paragraphs of the Amended Complaint that are not contained in Counts IV, VI, and VII thereof. Defendants need not Answer or otherwise respond to the allegations contained in paragraphs 77-80 and 86-96 of the Amended Complaint;

**IT IS FURTHER ORDERED** that the Amended Complaint shall, subject to the instant Order, remain the operative complaint in this action until further Order of the Court or by subsequent agreement of the Parties pursuant to FED. R. CIV. P. 15;

**IT IS FURTHER ORDERED** that the Court's Scheduling Order of April 24 (Docket Entry No. 22) remains in full effect, and is unaffected by the instant Order.

**IT IS SO ORDERED.**

_Jan E. DuBois_
HONORABLE JAN E. DUBOIS
UNITED STATES DISTRICT JUDGE

ENTERED
JUN 0 2 2008
CLERK OF COURT

5/30/08 faxed
Johns, Short, Hayes, Levin, Rudovsky, Sanders, Edelstein, Begley

- 3 -

AGREED TO BY:

*[signature]*
David Rudovsky (PA ID 15168)
Jonathan H. Feinberg
KAIRYS, RUDOVSKY,
   MESSING & FEINBERG LLP
The Cast Iron Building
718 Arch Street, Suite 501
Philadelphia, PA 19106
Office: 215-925-4400
Fax: 215-925-5365
E-mail: drudovsky@krlawphila.com

Joseph G. Sauder (PA ID No. 82467)
Benjamin F. Johns (PA ID No. 201373)
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
E-mail: JosephSauder@chimicles.com

Christopher G. Hayes (PA ID No. 57258)
LAW OFFICE OF CHRISTOPHER G. HAYES
225 South Church Street
West Chester, PA 19382
610-431-9505 (phone)
610-431-1269 (fax)
Electronic Mail: chris@chayeslaw.com

Daniel C. Levin (PA ID No. 80013)
Charles Schaffer (PA ID No. 76259)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Telephone: 215-592-1500
Telecopier: 215-592-4663
Electronic Mail: dlevin@lfsblaw.com

ATTORNEYS FOR PLAINTIFFS
AND THE PROPOSED CLASS

*[signature]*
Carolyn P. Short (PA ID 38199)
Sara A. Begley
Shannon E. McClure
Miriam S. Edelstein
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

ATTORNEYS FOR
DEFENDANT THE GEO
GROUP, INC.

- 4 -

```
MODE = MEMORY TRANSMISSION            START=MAY-30 15:52    END=MAY-30 16:08

   FILE NO.=794

STN    COMM.   ONE-TOUCH/   STATION NAME/TEL NO.          PAGES      DURATION
NO.            ABBR NO.

001     OK         &         96106493633                 005/005    00:02:05
002     OK         &         92158511420                 005/005    00:01:47
003     OK         &         96104311269                 005/005    00:01:54
004     OK         &         92155924663                 005/005    00:00:53
005     OK         &         92159255365                 005/005    00:00:40
006     OK         &         96106493633                 005/005    00:02:05
007     OK         &         92158511420                 005/005    00:01:27
008     OK         &         92158511420                 005/005    00:01:56
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### FAX COVER SHEET

**DATE:** May 30, 2008

**TO:** Benjamin F. Johns, Esquire 610-649-3633
Carolyn P. Short, Esquire 215-851-1420
Christopher G. Hayes, Esquire 610-431-1269
Daniel C. Levin, Esquire 215-592-4663
David Rudovsky, Esquire 215-925-5365
Joseph G. Sauders, Esquire 610-649-3633
Miriam S. Edelstein, Esquire 215-851-1420
Sara A. Begley, Esquire 215-851-1420

**FROM:** Andrew J. Follmer, Deputy Clerk to Honorable Jan E. DuBois
**Phone No.:** 267-299-7339
**Fax No.:** 215-580-2141

**Message:**

**Total Number of Pages (Including Cover Sheet):** xx