IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNY ALLISON**, individually and on behalf of: a class of others similarly situated, and **ZORAN HOCEVAR** : : : Plaintiffs, : : v. : : **THE GEO GROUP, INC.**, in its official and individual capacities : Defendant. : | **CIVIL ACTION** NO. 08-467 |

**O R D E R**

    **AND NOW**, this 7th day of October, 2008, upon consideration of the Motion of Defendant The Geo Group, Inc. For a Protective Order and Stay of Discovery (Document No. 30, filed September 19, 2008), and Plaintiffs' Memorandum of Law in Opposition to GEO's Motion for Protective Order and Stay of Discovery (Document No. 32, filed September 30, 2008), following a telephone conference with the parties, through counsel, on October 7, 2008, **IT IS ORDERED** that the Motion of Defendant The Geo Group, Inc. For a Protective Order and Stay of Discovery is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    1. The Motion is **GRANTED** with respect to all witnesses or potential witnesses including, but not limited to, those at the George W. Hill Correctional Facility who are "going witnesses" or "potential going witnesses" by reason of the announced termination of the contract between GEO Group, Inc., and Delaware County covering the operation of the George W. Hill Correctional Facility;

    2. The Motion for a Protective Order and Stay of Discovery is **DENIED** in all other respects, but the denial of the Motion is **WITHOUT PREJUDICE** to plaintiffs' right to seek

reconsideration in the event the recently filed Motion of GEO Group, Inc., for Judgment on the Pleadings is not decided within a reasonable time.[1]

**IT IS FURTHER ORDERED** that, by reason of the partial granting of the Motion for Protective Order and Stay of Discovery, the Scheduling Order of April 22, 2008, is **VACATED**. An amended scheduling order will issue, if necessary, after the Court rules on the Motion for Judgment on the Pleadings.

                              **BY THE COURT:**

                              /s/ Honorable Jan E. DuBois
                              **JAN E. DUBOIS, J.**

---

[1] The response to the Motion is due on or before October 21, 2008. Defense counsel stated that she might seek leave to file a reply.