IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNY ALLISON, individually and on behalf of:** a class of others similarly situated, and **ZORAN HOCEVAR** Plaintiffs, v. **THE GEO GROUP, INC., in its Official and Individual Capacities** Defendant. | : : : : : : : : : : | **CIVIL ACTION** NO. 08-467 |

**O R D E R**

    **AND NOW**, this 14th day of April, 2009, upon consideration of the Motion of Defendant The GEO Group, Inc. To Amend This Court's March 24, 2009 Order To Certify an Issue for Interlocutory Appeal Pursuant to 28 U.S.C. § 1291(b) (Document No. 43, filed April 2, 2009), and the related submissions of the parties, following a telephone conference with the parties, through counsel, on April 13, 2009, at the joint request of the parties, **IT IS ORDERED** as follows:

    1. On or before April 23, 2009, defendant shall file and serve a supplemental memorandum of law on the need for a more complete record with respect to the motion for certification. Plaintiffs shall file and serve a responsive memorandum of law on or before May 5, 2009. Two (2) copies of defendant's supplemental memorandum of law and plaintiffs' responsive memorandum of law shall be served on the Court (Chambers, Room 12613) when the originals are filed; and,

    2. On or before May 5, 2009, the parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled. In the event the case is not settled on or before May 5, 2009, counsel shall include in their joint report a

statement as to whether they believe settlement conferencing before Chief United States Magistrate Judge Thomas J. Rueter might be of assistance in resolving the case and, if so, by what date they will be prepared to commence such proceedings.

**BY THE COURT:**

/s/ Jan E. DuBois, J.
**JAN E. DUBOIS, J.**