IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNY ALLISON, individually and on behalf of:** a class of others similarly situated, and **ZORAN HOCEVAR** Plaintiffs, v. **THE GEO GROUP, INC., in its Official and Individual Capacities** Defendant. | : : : : : : : : : : | **CIVIL ACTION** NO. 08-467 |

**O R D E R**

**AND NOW**, this 7th day of May, 2009, upon consideration of the joint letter/request from counsel dated May 5, 2009, for a ten (10) day extension of time from May 5, to May 15, 2009, for jointly reporting to the Court on settlement,[1] **IT IS ORDERED** that the joint request of the parties for a ten (10) day extension of time from May 5, to May 15, 2009, for submission of the joint report on settlement to which reference is made in paragraph 2 of the Order of April 14, 2009, is **GRANTED.**

BY THE COURT:

/s/ Jan E. DuBois, J.
_____
**JAN E. DUBOIS, J.**

---

[1] A copy of the joint letter/request of the parties dated may 5, 2009, shall be docketed by the Deputy Clerk.