IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNY ALLISON, individually and on behalf of:** a class of others similarly situated, and **ZORAN HOCEVAR** : : : Plaintiffs, : : v. : : **THE GEO GROUP, INC.**, in its Official and Individual Capacities : Defendant. : | CIVIL ACTION<br><br>NO. 08-467 |

# O R D E R

**AND NOW**, this 19th day of May, 2009, upon consideration of the Motion of Defendant The GEO Group, Inc. To Amend This Court's March 24, 2009 Order to Certify an Issue for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Document No. 43, filed April 2, 2009), the parties having reported to the Court that they have agreed to explore settlement and mediation before retired Magistrate Judge James Melinson, and report to the court with respect to settlement in thirty (30) days,[1]

**IT IS ORDERED** as follows:

1. The parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613) on or before June 15, 2009, with respect to the status of their settlement discussions and mediation before retired United States Magistrate Judge James R. Melinson; and,

2. The Court **DEFERS** ruling on the Motion of Defendant The GEO Group, Inc. To Amend This Court's March 24, 2009 Order to Certify an Issue for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) until the issue of settlement is fully explored.

BY THE COURT:

/s/ Jan E. DuBois, J.
_____
**JAN E. DUBOIS, J.**

---

[1] A copy of the joint report dated May 15, 2009 shall be docketed by the Deputy Clerk.